FILED

DEC 11 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3310-BEN |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |
| JOSE DURAN-FLORES, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 10, 2007, within the Southern District of California, defendant JOSE DURAN-FLORES, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step

WDK:psd:San Diego
11/30/2007

1 | towards committing the offense, all in violation of Title 8, United
2 | States Code, Section 1326(a) and (b).
3 |     It is further alleged that defendant JOSE DURAN-FLORES was
4 | removed from the United States subsequent to October 10, 2001.
5 | DATED: 12/10/07

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney