AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE DURAN-FLORES

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3310-BEN

I, JOSE DURAN-FLORES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and

(b) - Attempted Entry After Deportation (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

12/10/07 _____ prosecution by indictment and consent that the proceeding may be by information rather than

by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER