1  LISA KAY BAUGHMAN
   State Bar No.: 134946
2  1202 Kettner Blvd., Suite 6200
   San Diego, CA 92101
3  (619) 696-9311
   (619) 696-3993 fax
4

5  Attorney for Defendant
   Jose Duran-Flores
6

7

8  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**
9  **(Hon. Judge Benitez)**

10 UNITED STATE OF AMERICA,        )   Case No.: 07-CR-03310-BEN
                                   )
11              Plaintiff,         )   **JOINT MOTION TO CONTINUE**
                                   )   **SENTENCING HEARING**
12 vs.                             )
                                   )
13 JOSE DURAN-FLORES,              )
                                   )
14              Defendant.         )
                                   )
15                                 )

16     Defendant JOSE DURAN-FLORES, by and through his counsel, Lisa Kay Baughman,

17 requests a continuance of the Sentencing Hearing from April 28, 2008 at 9:00 a.m. to May 19,

18 2008 at 9:00 a.m. The new date has been cleared by the court clerk. The Assistant United States

19 Attorney, David Leshner, has no objections to this request.

20 Date: April 9, 2008

21 /s Lisa Kay Baughman                    /s David Leshner
   LISA KAY BAUGHMAN                       David Leshner
22 Attorney for Defendant                  Attorney for Plaintiff
   Jose DURAN-FLORES                       Assistant United States Attorney
23

24

25

26

27

28

                                    1                           07-cr-3310