LISA KAY BAUGHMAN
State Bar No.: 134946
1202 Kettner Blvd., Suite 6200
San Diego, CA 92101
(619) 696-9311
(619) 696-3993 fax

Attorney for Defendant
Jose Duran-Flores

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Judge Benitez)

| UNITED STATE OF AMERICA, | ) | Case No.: 07-CR-03310-BEN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| JOSE DURAN-FLORES, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Lisa Kay Baughman, am a citizen of the United States and am at least eighteen years of

age.  My business address is 1202 Kettner Blvd., Suite 6200, San Diego, California 92101.

I am not a party to the above-entitled action.

I hereby certify that I have served the JOINT MOTION TO CONTINUE SENTENCING

HEARING to the following CM/ECF participants in this case:  David Leshner**,**

efile.dkt.gc2@usdoj.gov.  There are no non-ECF participants on this case to be notified by

United States Parcel Service.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 9, 2008

/s Lisa Kay Baughman
LISA KAY BAUGHMAN
Attorney for Defendant
07-cr-3310